UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GALE FORCE NINE LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>WIZARDS OF THE COAST LLC,<br><br>　　　　　　Defendant. | CASE NO. 2:20-cv-01700-RAJ-BAT<br><br>**ORDER DENYING EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER** |

　　　Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and **ORDERS**:

　　　(1)　　The Court **ADOPTS** the Report and Recommendation.

　　　(2)　　Plaintiff's Motion for Temporary Restraining Order (Dkt. 4) is **DENIED.**

　　　(3)　　The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

　　　DATED this 20th day of November, 2020.

　　　　　　　　　　　　　　　　　　　　　　*[signature: Richard A. Jones]*
　　　　　　　　　　　　　　　　　　　　　　The Honorable Richard A. Jones
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER DENYING EX PARTE MOTION
FOR TEMPORARY RESTRAINING ORDER - 1