1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8   GALE FORCE NINE LLC,

9                          Plaintiff,                    CASE NO. 2:20-cv-01700-BAT

10        v.                                             **BRIEFING SCHEDULE**

11   WIZARDS OF THE COAST LLC,

12                          Defendant.

13        On November 19, 2020, Plaintiff Gale Force Nine LLC ("Gale Force") filed a motion for

14   temporary restraining order and noted it for the same day. Dkt. 4. The motion was served on

15   Defendant Wizards of the Coast LLC ("Wizards") on November 20, 2020 (Dkt. 10), and

16   Wizards filed its notice of opposition the same day. Pursuant to LCR 65(b)(5), Wizards'

17   response would have been due within forty-eight hours after the motion for temporary restraining

18   order was served. However, in its Order dated November 20, 2020, the Court stated that a

19   separate briefing schedule would issue.

20        Accordingly, it is **ORDERED**:

21        1)      Wizard shall file its response by **Tuesday, November 24, 2020**. The response

22   may not exceed twenty-four pages in length, and no reply will be permitted.

23

BRIEFING SCHEDULE - 1

1

2)        The motion shall be decided without a hearing, unless otherwise ordered.

2

DATED this 23rd day of November, 2020.

3

4

_____

BRIAN A. TSUCHIDA

5

Chief United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

BRIEFING SCHEDULE - 2